# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLAN ERIC CARLSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STEPHEN CARMICHAEL, et al., | : | NO. 10-3579 |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of July, 2013, it is hereby ORDERED that Plaintiff's Motion to Resolve a Disputed Claim of Privilege (Docket No. 48) is GRANTED.  The notes at issue in the Motion are not protected from disclosure in discovery by the attorney-client privilege or by the work-product doctrine.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge